# SUMMONS IN A CIVIL ACTION

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
25 JAN 30 AM 2:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

1:25CV00139 DII

**THE B-TEAM LLC**
Plaintiff,

v.

**LUKE MARTIN,**
Defendant.

**Case No.:**

**TO: Luke Martin**
87 Henry Street, Penrith, Australia 2750

You are hereby summoned and required to serve upon Plaintiff, **The B-Team LLC**, whose address is **1701 W Ben White Blvd, Suite 163, Austin, TX 78704**, an answer to the complaint which is served upon you within **21 days after service of this summons** (or **60 days if you are outside the United States**). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

**CLERK OF COURT**
By: _____
Deputy Clerk
Date: 1/30/2025